966 A.2d 550

**Christopher HESS, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS (Jeffrey Beard), and Verizon of Pennsylvania, and T–Netix Services, Inc., and T–Netix Telecommunications Services, Inc., Appellees.**

Supreme Court of Pennsylvania.

Feb. 19, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of February, 2009, the order of the Commonwealth Court is **AFFIRMED.**